# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GRACE LYN HARVEY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:26-CV-00297- |
| v. | § | ALM-AGD |
| | § | |
| TEXANS CREDIT UNION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 1, 2026, the Magistrate Judge entered a Report (Dkt. #25) recommending that *pro se* Plaintiff Grace Lyn Harvey's ("Plaintiff") "Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Motion to Stay State Court Proceedings Pending Federal Adjudication" (Dkt. #8), "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. #15), and "Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Writ of Possession" (Dkt. #23) be denied. On May 12, 2026, Plaintiff filed an objection (Dkt. #28). On May 26, 2026, Plaintiff filed "supplemental" objections (Dkt. #31).[1]

---

[1] Contained within Plaintiff's supplemental objections, and docketed as Plaintiff's Renewed Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Writ of Possession (Dkt. #32), Plaintiff again asserts a request for emergency relief (Dkt. #32, at pp. 20-21). Plaintiff did not present any new arguments for the requested emergency relief (Dkt. #32, at pp. 20-21). Rather, everything contained within the renewed motion was already argued by Plaintiff in her prior objection (Dkt. #28), supplemental objection (Dkt. #31), and emergency motions (Dkt. #8; Dkt. #15; Dkt. #23). Therefore, Plaintiff's Renewed Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Writ of Possession (Dkt. #32) is denied for the same reasons her prior emergency motions were denied (Dkt. #8; Dkt. #15; Dkt. #23).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's objections (Dkt. #28; Dkt. #31), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's "Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Motion to Stay State Court Proceedings Pending Federal Adjudication" (Dkt. #8) is **DENIED**.

It is further **ORDERED** that Plaintiff's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. #15) is **DENIED**.

It is further **ORDERED** that Plaintiff's "Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Writ of Possession" (Dkt. #23) is **DENIED**.

It is finally **ORDERED** that Plaintiff's "Renewed Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Stay of Writ of Possession" (Dkt. #32) is **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 28th day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2